UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELL HILL, *individually and on behalf of other members of the general public similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., *a Florida corporation*; KEEFE GROUP, LLC., a *Missouri limited liability company*; and TKC HOLDINGS, INC., an unknown business entity,<br><br>Defendants. | Case No. 1:26-cv-00315-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION AND AMENDING AUGUST 17, 2026 ORDER<br><br>(Doc. 22) |

On August 14, 2026, the Parties filed a Joint Notice of Settlement advising that they have reached a proposed global settlement resolving the claims asserted in this action and in the related PAGA state-court action, *Hill v. Trinity Services Group, Inc., et al.*, Fresno County Superior Court Case No. 26CECG00167. (Doc. 20). Before the Court is the Parties' Stipulated Motion to vacate the September 4, 2026 deadline for filing dispositional documents. (Doc. 22).

The Parties represent that the August 17, 2026 text-only order, which set a 45-day deadline to file a motion for preliminary approval, did not vacate the docketed dismissal deadline. The Parties further represent that they are finalizing the long-form settlement agreement and considering whether to seek preliminary approval in this action or the related state-court action.

Accordingly, IT IS ORDERED:

1. The Court GRANTS the Parties' Stipulated Motion (Doc. 22) and VACATES the September 4, 2026 deadline for filing dispositional documents, which was automatically generated upon the filing of the Joint Notice of Settlement.
2. Within 60 days of the date of this Order, the Parties may file a motion for preliminary approval of the proposed class and PAGA settlement in this action.
3. Alternatively, if the Parties elect to seek preliminary approval in the related state-court action, they shall, within 60 days of this Order, file a joint status report identifying the anticipated filing date of the preliminary-approval motion and stating whether the proposed settlement resolves all claims and parties in this action.
4. If the Parties elect to seek preliminary approval in the related state-court action, they shall, within the same 60-day period, file either a stipulated request to stay this action pending final approval and the effective date of the settlement, or a stipulated request for other appropriate relief to resolve or otherwise dispose of this action.
5. Within the same 60-day period, the Parties shall file a joint status report addressing the status of Plaintiff's February 13, 2026 Motion to Remand (Doc. 10). The report shall state whether Plaintiff withdraws the Motion; whether the Parties contend that the proposed settlement renders the Motion moot; and, if the Motion remains contested, whether the Parties request that the Court resolve the Motion before considering any request to stay, dismiss, or otherwise dispose of this action.

Dated: September 2, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE