Daniel Bass (Cal. State Bar No. 287466)
*d.bass@calljustice.com*
Brian J. St. John (Cal. State Bar No. 304112)
*brian@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff

*Additional Attorneys on Following Page*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MARVELL HILL, individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

vs.

TRINITY SERVICES GROUP, INC., a Florida corporation; KEEFE GROUP, LLC, a Missouri limited liability company; TKC HOLDINGS, INC., an unknown business entity; COURTESY PRODUCTS, L.L.C., a Missouri limited liability company; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 1:26-cv-00315-KES-HBK

Honorable Helena M. Barch-Kuchta
U.S. Magistrate Judge

*[Removed from Fresno Superior Court, Case No. 25CECG05247]*

**JOINT STIPULATION TO REMAND ACTION TO STATE COURT; ORDER**

Date: September 4, 2026
Time: N/A
Courtroom: 2

Complaint Filed: November 6, 2025
Trial Date: Not Set

LAWYERS *for* JUSTICE, PC
450 North Brand Boulevard, Suite 900
Glendale, California 91203

Yvonne Arvanitis-Fossati (Cal. State Bar No. 161764)
yvonne.fossati@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Hazel U. Poei (Cal. State Bar No. 214928)
hazel.poei@jacksonlewis.com
Sheereen Javadizadeh (Cal. State Bar No. 288141)
sheereen.javadizadeh@jacksonlewis.com
**JACKSON LEWIS P.C.**
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380

*Attorneys for* Defendants
TRINITY SERVICES GROUP, INC., KEEFE GROUP, LLC,
TKC HOLDINGS, INC., and COURTESY PRODUCTS, L.L.C.

**LAWYERS *for* JUSTICE, PC**
450 North Brand Boulevard, Suite 900
Glendale, California 91203

**LAWYERS *for* JUSTICE, PC**
450 North Brand Boulevard, Suite 900
Glendale, California 91203

# JOINT STIPULATION

**IT IS HEREBY STIPULATED**, by and between Plaintiff Marvell Hill ("Plaintiff") and Defendants Trinity Services Group, Inc., Keefe Group, LLC, TKC Holdings, Inc., and Courtesy Products, L.L.C. (collectively, "Defendants"), by and through their respective counsel of record, as follows:

**WHEREAS**, on November 6, 2026, Plaintiff filed a Class Action Complaint for Damages in the Superior Court of California, County of Fresno, alleging wage-and-hour violations;

**WHEREAS**, on January 15, 2026, Defendants removed this action to the United States District Court for the Eastern District of California;

**WHEREAS**, on February 13, 2026, Plaintiff filed a Motion to Remand pursuant to 28 U.S.C. § 1447, which was submitted to the Court without oral argument on April 2, 2026;

**WHEREAS**, a related PAGA action, *Hill v. Trinity Services Group, Inc., et al.* (Fresno Superior Court Case No. 26CECG00167), remains pending in state court before the Honorable D. Tyler Tharpe;

**WHEREAS**, the Parties held a global, private mediation session with well-regarded mediator Tagore Subramaniam, Esq. on May 1, 2026;

**WHEREAS**, following mediation the Parties reached a class and PAGA settlement that, if approved, will resolve the above-captioned action and the related PAGA Action in their entirety;

**WHEREAS**, on August 14, 2026 the Parties filed a Joint Notice of Settlement in the above-captioned action;

**WHEREAS**, the Parties are finalizing a long form settlement agreement and have stipulated that the appropriate jurisdiction for approval of the settlement in this Action is the Superior Court for the State of California, County of Fresno and that remand of this action is in the interest of judicial efficiency and cost savings;

LAWYERS *for* JUSTICE, PC
450 North Brand Boulevard, Suite 900
Glendale, California 91203

**WHEREAS,** in light of the foregoing, the Parties agree there is good cause to vacate all future dates and deadlines and to remand this action back to the Superior Court for the State of California, County of Fresno;

**WHEREAS**, it is the Parties' intention, following remand, to consolidate this Action with the PAGA Action and file a Motion for Preliminary Approval thereafter;

**THEREFORE,** and subject to this Court's approval, **THE PARTIES HEREBY STIPULATE** that the Action shall be remanded to the Superior Court for the State of California, County of Sacramento rendering the necessity of any future dates herein moot.

DATED: September 29, 2026

**JACKSON LEWIS P.C.**

By: /s/ *Hazel U. Poei* (as authorized on September 29, 2026)
YVONNE ARVANITIS-FOSSATI
HAZEL U. POEI
SHEEREEN JAVADIZADEH

Attorneys for Defendants
TRINITY SERVICES GROUP, INC., KEEFE GROUP, LLC, TKC HOLDINGS, INC., AND COURTESY PRODUCTS, L.L.C.

DATED: September 29, 2026

**LAWYERS FOR JUSTICE, PC**

By: /s/ *Daniel Bass*
DANIEL BASS

Attorneys for Plaintiff
MARVELL HILL

LAWYERS *for* JUSTICE, PC
450 North Brand Boulevard, Suite 900
Glendale, California 91203

**ORDER**

The Court, having received and reviewed the Parties' Joint Stipulation to Remand Action to State Court, and good cause appearing, hereby GRANTS the Parties' joint request and ORDERS the following:

This action, Eastern District of California Case No. 1:26-cv-00315-KES-HBK, is hereby the remanded to the Superior Court of California, County of Fresno, Case No. 25CECG05247; and

In the event the Fresno Superior Court does not enter a judgment and order granting final approval of the Parties' settlement and the Parties file a stipulation to remove the case again to this Court, the Court shall reopen the current case.

The Clerk of the Court is directed to terminate any pending motions and close this case.

The Clerk of the Court shall serve a copy of this order on the Clerk of the Superior Court of California, County of Fresno.

IT IS SO ORDERED.

Dated: September 30, 2026

UNITED STATES DISTRICT JUDGE